Bruce W. Minsky (BWM6615)
Law Offices of Bruce W. Minsky, P.C.
112 Brick Church Road
New Hempstead, New York 10977
(646) 234-7006
Attorneys for the Defendant DIVERSIFIED RECOVERY SOLUTIONS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HARRY PASCAL, individually and on behalf of
any and all similarly situated consumers,

            Plaintiff(s),                    CASE NO.: 08-4726

    -against-                    DISCLOSURE STATEMENT
                                           PURSUANT TO
DIVERSIFIED RECOVERY SOLUTIONS, LLC,    FED. R. CIV. P. 7.1

            Defendant(s).
-------------------------------------------------------------------X

      Pursuant to Federal Rules of Civil Procedure 7.1, Defendant DIVERSIFIED RECOVERY SOLUTIONS, LLC, by and through its attorneys, Law Offices of Bruce W. Minsky, P.C., hereby discloses the following:

      There is no parent corporation or publicly held corporation that owns 10% or more of its stock of the Defendant DIVERSIFIED RECOVERY SOLUTIONS, LLC.

Dated:    New Hempstead, New York
             June 11, 2008

                                         Yours, etc.
                                         LAW OFFICES OF BRUCE W. MINSKY, P.C.

                                         By: _____
                                         Bruce W. Minsky (BWM6615)
                                         Attorneys for the Defendant
                                              DIVERSIFIED RECOVERY SOLUTIONS, LLC
                                         112 Brick Church Road
                                         New Hempstead, New York 10977
                                         (646) 234-7006